FILED
U.S. DISTRICT COURT
2005 JUL 11  P 5: 24
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| BRAD ZARBOCK, | |
| Plaintiff, | **ORDER** |
| vs. | Case No. 2:03CV992 DAK |
| SCOTT ALDER et al., | |
| Defendants. | |

Pursuant to the recommendation of the Magistrate Judge and Mr. Alder's failure to respond to the Order to Show Cause issued on February 7, 2005, the Answer filed by Mr. Alder is hereby STRICKEN from the record.

DATED this 11th day of July, 2005.

BY THE COURT:

DALE A. KIMBALL
United States District Judge

1